IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01619-BNB

MS. RAMICA YVETTE HOWARD,

Plaintiff,

v.

CR ENGLAND,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -4 2008

GREGORY C. LANGHAM
                        CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Ms. Ramica Yvette Howard, initiated this action by filing **pro se** a Title VII Complaint. The court must construe the Title VII Complaint liberally because Ms. Howard is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a **pro se** litigant. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Ms. Howard will be ordered to file an amended complaint.

The court has reviewed the Title VII Complaint and has determined that the Title VII Complaint is deficient because it does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. **See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas**, 891 F.2d 1473, 1480 (10th Cir. 1989).

The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Ms. Howard fails to provide a short and plain statement of her claims showing that she is entitled to relief. Although Ms. Howard has checked the spaces on the preprinted Title VII Complaint form indicating that she has been discriminated against because of her race, color, religion, sex, national origin, and retaliation, she fails to allege specific facts detailing any discrimination for any reason. She alleges only that an administrator employed by Defendant lied to the police about Ms. Howard's employment status to justify her removal from a hotel at which she was residing during training. Ms. Howard does not allege that the administrator lied about her employment status because of her race, color, religion, sex, or national origin. Therefore, the Court finds that the Title VII Complaint fails to comply with the pleading requirements of Rule 8 and Ms. Howard will be ordered to file an amended complaint. Ms. Howard is advised that, in order to state a claim in federal court, her amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's

action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Ms. Howard file, **within thirty (30) days from the date of this order**, an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this order. It is

FURTHER ORDERED that the clerk of the court mail to Ms. Howard, together with a copy of this order, two copies of the following form: Title VII Complaint. It is

FURTHER ORDERED that, if Ms. Howard fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED August 4, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01619-BNB

Ramica Y. Howard
505 Sheridan Street #16
Lakewood, CO 80226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Title VII Complaint form** to the above-named individuals on __8/4/08__

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk