IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01619-BNB

MS. RAMICA YVETTE HOWARD,

Plaintiff,

v.

CR ENGLAND,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff initiated this action by filing *pro se* a Title VII Complaint and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On July 31, 2008, Magistrate Judge Boyd N. Boland entered an order directing the clerk of the Court to commence a civil action and granting Plaintiff leave to proceed *in forma pauperis*. On August 4, 2008, Magistrate Judge Boland entered an order directing Plaintiff to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Plaintiff was warned that the action would be dismissed without further notice if she failed to file an amended complaint within thirty days.

On August 7, 2008, the copy of Magistrate Judge Boland's July 31 order that was mailed to Plaintiff at the address she provided was returned to the Court undelivered. The returned envelope bears a sticker stating "RETURN TO SENDER, ATTEMPTED – NOT KNOWN, UNABLE TO FORWARD." A Handwritten notation on

the envelope returned on August 7 reads "Moved." On August 12, 2008, the copy of Magistrate Judge Boland's August 4 order that was mailed to Plaintiff at the address she provided also was returned to the Court undelivered. That returned envelope is stamped "UNKNOWN, RETURN TO SENDER, LAKEWOOD CO 80226." A Handwritten notation on the envelope returned on August 12 reads "UNK." Plaintiff has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address and telephone number within ten days of any change of address or telephone number. Plaintiff has failed to comply with the Court's local rules and, as a result, she has failed within the time allowed to file an amended complaint as directed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed to file an amended complaint as directed.

DATED at Denver, Colorado, this 12 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01619-BNB

Ramica Y. Howard
505 Sheridan Street #16
Lakewood, CO 80226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/18/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk